CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 10 2007

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AVERETT THOMPSON, ) | |
| Petitioner, ) | Civil Action No. 7:07cv00571 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GENE JOHNSON, ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the Thompson's 28 U.S.C. § 2241 petition shall be and hereby is **DISMISSED** and this action shall be **STRICKEN** from the active docket of the court.

The clerk is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the petitioner.

**ENTER**: This 10th day of December, 2007.

United States District Judge